HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAGOBERTO MIRANDA-CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:12-CR-289 TLN |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) ) | |
| DAGOBERTO MIRANDA-CRUZ, | ) ) | DATE: October 3, 2013<br>TIME: 9:30 a.m. |
| Defendant. | ) ) ) | JUDGE: Hon. Troy L. Nunley |
| _____ | ) | |

DAGOBERTO MIRANDA-CRUZ by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, and NIRAV DESAI, Assistant United States Attorney, hereby agree that the status conference set for September 12, 2013, be continued to October 3, 2013, at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review the proposed plea agreement with the defendant and the staff interpreter and to further investigate and discuss the case with the government.

Counsel agrees that the time from September 9, 2013 through October 3, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| DATED: September 9, 2013 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | /S/ Matthew C. Bockmon<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for Defendant<br>SALVADOR ESQUIVEL-MERITO |
| DATE: September 9, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | /S/ Matthew C. Bockmon for<br>NIRAV K. DESAI<br>Assistant United States Attorney |

**O R D E R**

IT IS HEREBY ORDERED that this matter is continued to October 3, 2013, at 9:30 a.m., for further status conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from September 9, 2013 up to and including October 3, 2013, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: September 10, 2013

Troy L. Nunley
United States District Judge